[No. 9880–0–III.   Division Three.   October 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAMON
LOPEZ CHAPPLE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00938–5, Michael E. Donohue, J., entered February 14, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[No. 10435–4–III.   Division Three.   October 4, 1990.]

PAUL BROWN, ET AL, *Appellants,* v. HIGH COUNTRY
MINING AND EXPLORATION, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Ferry County, No. 88–2–00019–4, Fred L. Stewart, J., entered November 7, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.

[Nos. 24198–2–I; 24199–1–I;   Division One.        October 8, 1990.]
24548–1–I; 24549–0–I.

*In the Matter of the Dependency of* R.S.

*In the Matter of the Dependency of* B.D.

*In the Matter of the Dependency of* D.J.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. DONALD SLATER,
*Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 87–7–00218–5, 87–7–00217–7, Edward Heavey, J., entered May 5, 1989. *Reversed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Scholfield and Baker, JJ.